# UNITED STATES DISTRICT COURT
Eastern District of Kentucky
Southern Division at Pikeville

| | |
|---|---|
| Jerry Estep )<br>    *Plaintiff* )<br> )<br>v. )     Case No.<br> )<br>Portfolio Recovery Associates, LLC )<br>    *Defendant* )<br>Serve: )<br>    Corporation Service Company )<br>    251 Little Falls Drive )<br>    Wilmington, DE 19808 )<br> ) | |

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

### INTRODUCTION

1. This is a complaint brought by Plaintiff Jerry Estep for Defendant Portfolio Recovery Associates, LLC's ("PRA") violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").[1]

### JURISDICTION and VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, the FDCPA, 15 U.S.C. §1692k(d), and 28 U.S.C. § 2201. Venue is proper because the nucleus of facts and events at issue in this case arose in Pike County, Kentucky where Plaintiff is domiciled and which is located in this district.

### PARTIES

3. Plaintiff Jerry Estep is a natural person who resides in Pike County, Kentucky and a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

---

[1] Plaintiff originally brought this action as an arbitration proceeding with the American Arbitration Association ("AAA") on June 2, 2022 pursuant to an arbitration agreement between Plaintiff and Synchrony Bank, Defendant's assignor and predecessor in interest with respect to the facts and circumstances alleged in this action. The AAA assigned the arbitration its case number 01-22-0002-3188. On June 13, 2022, the AAA rejected Plaintiff's arbitration on grounds that Defendant had, prior to its filing, "failed to comply with the AAA's policies regarding consumer claims." A copy of the AAA's June 13, 2022 correspondence is attached hereto as Exhibit "A."

4.  Defendant Portfolio Recovery Associates, LLC ("PRA") is a Delaware limited liability company not registered with the Kentucky Secretary of State whose principal place of business is located at 120 Corporate Boulevard, Norfolk, VA 23502. PRA is engaged in the business of purchasing defaulted consumer debts and collecting them from consumers in this state.

5.  PRA is a "debt collector" as defined by the FDCPA at 15 U.S.C. §1692a(6) inasmuch as it regularly collects consumer individual debts of natural persons who are citizens of Kentucky using instrumentalities of interstate commerce or the mails in its business, the principal purpose of which is the collection of debts.

## RELEVANT FACTS

6.  Plaintiff Jerry Estep ("Estep") applied for and received a Big Sandy Superstore-branded credit card from Synchrony Bank ("Synchrony").

7.  Unfortunately, Mr. Estep defaulted on the Synchrony credit card that Synchrony charged off and subsequently sold to Defendant Portfolio Recovery Associates, LLC ("PRA").

8.  On June 4, 2021, PRA filed a collection action against Mr. Estep in the Letcher District Court of Letcher County, Kentucky under case number 21-C-00106 (the "State Court Lawsuit"). A true and accurate copy of PRA's complaint in the State Court Lawsuit (the "Collection Complaint") is attached hereto as Exhibit "B."

9.  The State Court Lawsuit was an attempt to collect the charged-off Synchrony credit card debt.

10. The Synchrony debt was incurred for personal, family, or household purposes, which makes the Synchrony debt a "debt" for purposes of the FDCPA.

11. The Collection Complaint in the State Court Lawsuit lists Mr. Estep's address as 516 Dorton Creek, Jenkins, KY 41537-8202, which address is located in Pike County, Kentucky.

12. Mr. Estep currently resides in Jenkins, Kentucky, which is in Pike County. Mt. Estep was residing at this address on June 4, 2021 and lived there for some time beforehand.

13. Mr. Estep entered into any agreement with Synchrony Bank in Pike County, Kentucky.

14. On June 18, 2021, the Letcher County Sheriff's Office filed a return of service in the State Court Lawsuit which stated that it had served the summons and complaint in the State Court Lawsuit to Mr. Estep on June 18, 2021.

15. Mr. Estep has no recollection whatsoever of receiving service of the summons and complaint in the State Court Lawsuit from the Letcher County Sheriff's Office or from any other party on June 18, 2021 or on any other date.

16. On February 10, 2022, PRA moved for default judgment in the State Court Lawsuit, and the Letcher District Court granted PRA's motion and entered a default judgment against Mr. Estep on March 11, 2022.

17. Mr. Estep learned that the State Court Lawsuit had been filed against him for the first time upon receiving a service copy of the entered default judgment from the Letcher Circuit Court Clerk.

18. PRA violated the FDCPA by filing a debt-collection lawsuit suit in the wrong venue, and by continuing to prosecute that lawsuit against Mr. Estep in the wrong venue, which violations each created a material risk of harm to the interests recognized by Congress in enacting the FDCPA.

## CLAIMS FOR RELIEF

19. The foregoing acts and omissions of Defendant Portfolio Recovery Associates, LLC ("PRA") constitute violations of the FDCPA, which violations each created a material risk of harm to the interests recognized by Congress in enacting the FDCPA.

20. PRA's violations of the FDCPA include, but are not limited to, violations of 15 U.S.C. § 1692e; 15 U.S.C. § 1692f; 15 U.S.C. §1692i; and one or more subsections of each statute.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Jerry Estep requests that the Court grant him the following relief:

1. Award Plaintiff his actual damages;

2. Award Plaintiff maximum statutory damages under 15 U.S.C. § 1692k;

3. Award Plaintiff his reasonable attorney's fees and costs;

4. A trial by jury; and

5.  Such other relief as may be just and proper.

          Respectfully submitted,

          /s/ James R. McKenzie
          James R. McKenzie
          *James R. McKenzie Attorney, PLLC*
          115 S. Sherrin Avenue, Suite 5
          Louisville, KY 40207
          Tel:   (502) 371-2179
          Fax:   (502) 257-7309
          jmckenzie@jmckenzielaw.com

          James Hays Lawson
          *Lawson at Law, PLLC*
          P.O. Box 1286
          Shelbyville, KY 40066
          Tel:   (502) 473-6525
          Fax:   (502) 473-6561
          james@kyconsumerlaw.com